The IDEA SHOP, INC., d/b/a Klein Arts and Crafts, Eas'L Publications and Essential Author's Services, Ltd., Plaintiff/Appellant,

v.

ENVIRONMENTAL FLOORING SUPPLIES, INC., and Fortune 2B Company, No. 1, L.P., Defendants/Respondents.

Nos. 70737, 70764.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 29, 1997.

Russell F. Watters, Winthrop B. Reed, III, Brown & James, P.C., St. Louis, for plaintiff/appellant.

Scott C. Harper, Brinker, Doyen & Kovacs, Clayton, for defendants/respondents.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

## ORDER

PER CURIAM.

In this negligence case, the trial court granted defendants' request for a directed verdict. The court held that plaintiff failed to make a submissible case of negligence.

Plaintiff did not file a motion for a new trial. Thus, our review is limited to plain error.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).

Sidney E. RUBIN and Missouri Container, Inc. Plaintiffs/Appellants,

v.

BROWN GROUP, INC.,
Defendant/Respondent.

No. 71207.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 29, 1997.

Terry L. Pabst, St. Louis, for plaintiffs/appellants.

Terrence J. O'Toole, James F. Bennett, St. Louis, for defendant/respondent.

Before AHRENS, C.J., CRANDALL, J., and BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Plaintiffs appeal from the trial court's grant of summary judgment in their action alleging breach of contract. No error of law appears and an opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).